Núm. 8382.—Mendoza, aplte. *v.* Valdivieso, apldo.—C. D. Ponce. ▮▮▮▮▮ Junio 24, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, con fecha 2 de febrero de 1940 se dictó la sentencia de este caso, por la cual se declaró sin lugar la demanda, estableciéndose recurso de apelación el 8 de febrero siguiente;

Por cuanto, el mismo día 8 de febrero la demandante apelante solicitó y obtuvo una orden de la corte inferior para que por el taquígrafo se procediese a la preparación de la transcripción de evidencia;

Por cuanto, desde que venció el término concedido originalmente para la preparación de dicho documento y hasta la fecha no se ha radicado dicha transcripción, a pesar de habérsele concedido a la apelante diez y seis prórrogas a ese efecto;

Por cuanto, desde que se radicó el escrito de apelación hasta la fecha han transcurrido más de un año y tres meses sin que se haya perfeccionado el recurso;

Por cuanto, con fecha 28 de mayo último el apelado radicó un escrito en este Tribunal solicitando la desestimación del recurso por los motivos antes expuestos;

Por cuanto, señalada la vista de dicha moción para el 23 del actual sólo compareció el abogado del apelado, habiéndose limitado la apelante a radicar un escrito de oposición alegando motivos que a nuestro juicio son frívolos;

Por tanto, vistos los autos de este caso y el artículo 59 del reglamento de este tribunal, se desestima el recurso.